FILED
APR - 9 2009

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Case No. 09-23-KI |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT CURTIS, ) | |
| ) | |
| Defendant. ) | |

Karin J. Immergut
United States Attorney
District of Oregon
Dwight C. Holton
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

    Attorneys for Plaintiff

Robert Curtis
P.O. Box 4261
Portland, Oregon 97208

    Pro Se Defendant

Page 1 - ORDER

KING, Judge:

The dispute between the parties concerning criminal charges ended on November 11, 2008 with the issuance of an Order of Dismissal by Magistrate Judge Patricia Sullivan dismissing all charges with prejudice. No legal basis for an appeal of the dismissal exists. Therefore, it is hereby ORDERED that the appeal is DENIED.

Dated this \_\_\_9/7\_\_\_ day of April, 2009.

_____
Garr M. King
United States District Judge